■ In the Matter of RICK A.U., Appellant, v REBECCA K. et al., Respondents. In the Matter of RICK A.U., Appellant, v JAMES K., JR., Respondent. [26 NYS3d 922]—Appeal from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered June 2, 2014 in a proceeding pursuant to Family Court Act article 5. The order dismissed the petitions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.